1

2  John Ybarra (Attorney-in-Charge)
   LITTLER MENDELSON, P.C.
3  (*Pro Hac Vice*)
   Illinois Bar No. 00583156
4  Abby L. Bochenek
   (*Pro Hac Vice*)
5  Illinois Bar No. 6312377
   Matthew J. Ruza
6  (*Pro Hac Vice*)
   Illinois Bar No. 632142
7  321 North Clark Street, Suite 1000
   Chicago, Illinois  60654
8  Telephone: (312) 372-5520
   Facsimile: (312) 372-7880
9  jybarra@littler.com
   abochenek@littler.com
10 mruza@littler.com

11 Allison C. Williams
   LITTLER MENDELSON, P.C.
12 California Bar No. 285937
   Texas Bar No. 24075108
13 Connor H. Kelly
   (*Pro Hac Vice*)
14 Texas Bar No. 24097926
   1301 McKinney, Suite 1900
15 Houston, Texas  77010
   acwilliams@littler.com
16 chkelly@littler.com

17 David Dow
   LITTLER MENDELSON, P.C.
18 California Bar No. 179407
   633 West Fifth Street, 63rd Floor
19 Los Angeles, California 90071
   DDow@littler.com
20

21 Attorneys for Defendant

22 **ANDERSON ALEXANDER, PLLC**
   Austin W. Anderson (*Admitted Pro Hac Vice*)
23 Texas Bar No. 24045189
24 Email: austin@a2xlaw.com
   Clif Alexander (*Admitted Pro Hac Vice*)
25 Texas Bar No. 24064805
   Email: clif@a2xlaw.com
26 819 North Upper Broadway
   Corpus Christi, Texas 78401
27 Telephone: (361) 452-1279
   Fax: (361) 452-1284
28

1
2  Attorneys for Plaintiff

3  **UNITED STATES DISTRICT COURT**
4  **CENTRAL DISTRICT OF CALIFORNIA**

5

6  REYNOLD VICENTE

7           Plaintiff,                    Case No. 2:19-cv-04168-SVW-KS
    v.
8                                          **NOTICE OF SETTLEMENT AND**
    WASTE MANAGEMENT OF CALIFORNIA,        **JOINT STIPULATION OF DISMISSAL**
9   INC                                    **WITH PREJUDICE**

10          Defendant.

11  **TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

12       PLEASE TAKE NOTICE, that Plaintiff Reynold Vicente (hereinafter "Plaintiff") and Defendant
13
14  Waste Management of California, Inc. (hereinafter "Defendant") (collectively, the "Parties"), have
15  resolved the above-captioned matter and request dismissal with prejudice.

16       The Parties jointly represent that Plaintiff released each of his claims in the above-captioned matter
17  by signing and cashing his Settlement Check in a parallel, but unrelated, lawsuit entitled *Holbert v. Waste*
18  *Management, Inc.*, No. 18-cv-02649, in United States District Court for the Eastern District of Pennsylvania,
19  which alleged identical claims to those brought by Plaintiff in this action. As a result, Plaintiff's claims are
20  extinguished and fully resolved.

21       The Parties jointly request that the Court vacate all dates and deadlines currently on calendar. The
22  Parties also respectfully request that this Court dismiss the entire action with prejudice as to Plaintiff.

23       WHEREFORE, Plaintiff Reynold Vicente and Defendant Waste Management of California, Inc.
24  respectfully request that this Court dismiss all claims and causes of action in this lawsuit with prejudice
25  and request such other and further relief to which they may be justly entitled.
26

27
28

4846-3514-4882.1 098807.1001

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | Respectfully submitted, |
| 2 | | **ANDERSON ALEXANDER, PLLC** |
| 3 | | |
| 4 | | /s/ *Clif Alexander* |
| | | Austin W. Anderson *(Admitted Pro Hac Vice)* |
| 5 | | Texas Bar No. 24045189 |
| | | Email: austin@a2xlaw.com |
| 6 | | Clif Alexander *(Admitted Pro Hac Vice)* |
| 7 | | Texas Bar No. 24064805 |
| | | Email: clif@a2xlaw.com |
| 8 | | 819 North Upper Broadway |
| | | Corpus Christi, Texas 78401 |
| 9 | | Telephone: (361) 452-1279 |
| 10 | | Fax: (361) 452-1284 |
| 11 | | **ATTORNEYS FOR PLAINTIFF** |

| | | |
|---|---|---|
| 14 | Of Counsel: | s/*John A. Ybarra* |
| 15 | | LITTLER MENDELSON, P.C. |
| | Allison C. Williams | |
| 16 | *(Pro Hac Vice)* | John Ybarra (Attorney-in-Charge) |
| | Texas Bar No. 24075108 | LITTLER MENDELSON, P.C. |
| 17 | Federal I.D. No. 1138493 | *(Pro Hac Vice)* |
| | acwilliams@littler.com | Illinois Bar No. 00583156 |
| 18 | **LITTLER MENDELSON, P.C.** | Abby L. Bochenek |
| | 1301 McKinney Street, Suite 1900 | *(Pro Hac Vice)* |
| 19 | Houston, Texas 77010 | Illinois Bar No. 6312377 |
| | Telephone: (713) 652-4729 | Matthew J. Ruza |
| 20 | Facsimile: (713) 519-2121 | *(Pro Hac Vice)* |
| | | Illinois Bar No. 632142 |
| 21 | | 321 North Clark Street, Suite 1000 |
| 22 | | Chicago, Illinois 60654 |
| | | Telephone: (312) 372-5520 |
| 23 | | Facsimile: (312) 372-7880 |
| | | jybarra@littler.com |
| 24 | | abochenek@littler.com |
| | | mruza@littler.com |
| 25 | | |
| 26 | | **ATTORNEYS FOR DEFENDANT** |
| | | **WASTE MANAGEMENT OF CALIFORNIA, INC.** |

4846-3514-4882.1 098807.1001

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ *Clif Alexander*
                Clif Alexander